UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>                                    Plaintiff,<br><br>v.<br><br>CALIFORNIA ENERGY DEVELOPMENT INC., *et al.*,<br><br>                                    Defendants. | Case No.: 3:18-cv-02280-DMS-AHG<br><br>**ORDER SETTING TELEPHONIC DISCOVERY CONFERENCE AND PROCEDURE** |

On October 26, 2020, the Court held a telephonic discovery conference regarding a discovery dispute between Jason Voelker, Mickey Nicholson, and Life Advance, LLC. Because these parties have several ongoing discovery disputes, the Court **SETS** another **telephonic**, **counsel-only**[1] Discovery Conference for **November 4, 2020** at **9:00 a.m.** Counsel for these parties only shall call the chambers teleconference line at **1- 877-873-8018** and use **8367902** as the access code.

///

---

[1] This includes parties representing themselves *pro se*.

In order to facilitate resolution of these disputes, the Court **ORDERS** the parties to prepare a Joint Status Report and lodge it with the Court via email (efile_goddard@casd.uscourts.gov) as a Word document by **November 2, 2020**. This Joint Status Report shall be one document containing two tables in the following format:

| Discovery request number (and set, if applicable) | Exact language of Nicholson/Voelker's discovery request as served. | Exact language of Life Advance, LLC's response as served. | Nicholson/Voelker's response regarding why Life Advance, LLC's response was insufficient. |
|---|---|---|---|
|  |  |  |  |

| Discovery request number (and set, if applicable) | Exact language of Life Advance, LLC's discovery request as served. | Exact language of Nicholson/Voelker's response as served. | Life Advance, LLC's response regarding why Nicholson/Voelker's response was insufficient. |
|---|---|---|---|
|  |  |  |  |

///
///
///
///
///
///

As it directed the parties during the recent telephonic discovery conference, the Court expects that the parties will meet and confer over the next few days and narrow their disputes. Thus, the tables should provide the Court with the exact language of the requests and responses <u>still at issue</u>. This Joint Status Report will serve to inform the Court's decision on tentative rulings.

**IT IS SO ORDERED.**

Dated:  October 26, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge