UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA ENERGY DEVELOPMENT INC., *et al.*,<br><br>Defendants. | Case No.: 3:18-cv-02280-DMS-AHG<br><br>**ORDER REGARDING MOTION OF JOHN WALSH FOR ORDER TO SHOW CAUSE**<br><br>[ECF No. 215] |

John Walsh filed a "Motion for Order to Show Cause why Life Advance, Craig Stack and Russell De Phillips Should Not be Held in Contempt; or Alternatively an Injunction to Prevent Further Harassment" without first obtaining a hearing date from the Court. ECF No. 215. Because resolution of this motion depends in part on the Court's ruling on the pending motion to enforce the settlement agreement, the Court finds it appropriate to defer setting a briefing schedule or otherwise addressing this motion until the Court issues its report and recommendation on the motion to enforce the settlement agreement.

**IT IS SO ORDERED.**

Dated: December 28, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge