UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PRUCO LIFE INSURANCE COMPANY,

Plaintiff,

v.

CALIFORNIA ENERGY
DEVELOPMENT INC., *et al.*,

Defendants.

Case No.:  3:18-cv-02280-DMS-AHG

**AMENDED JUDGMENT GRANTING INJUNCTIVE RELIEF AND AWARD OF ATTORNEY FEES AND COSTS**

Pursuant to the Order entered concurrently herewith (ECF No. 404),  the Court enters this amended judgment pursuant to Fed. R. Civ. P. 58(a) and 60(a). The Court hereby **AMENDS** its August 29, 2022 Judgment Granting Injunctive Relief (ECF No. 398) to include the award of attorney fees and costs granted to Life Advance, LLC ("Life Advance") in the Court's November 22, 2022 Order Granting Supplemental Fee Application of Counsel for Life Advance LLC (ECF No. 402), as follows:

1. Pursuant to John J. Walsh's grant of consent to the undersigned Magistrate Judge to resolve all disputes related to the enforcement of his settlement agreement with

Life Advance,[1] and the Court's express retention of jurisdiction over the settlement agreement in the amended Order Granting Joint Motion for Order Dismissing John J. Walsh as Defendant and Cross-Defendant (ECF No. 237), John J. Walsh is hereby **ENJOINED** from maintaining (a) the state court action in the Superior Court of California for the County of San Diego, Case No. 37-2022-00015515-CU-MC-CTL, and (b) the federal action he filed in this Court on April 6, 2022, captioned *Dr. John J. Walsh v. California Energy Development, et al.*, Case No. 3:22-cv-00449-JO-BGS (S.D. Cal.). Mr. Walsh is **ORDERED** to dismiss both of these actions no later than **September 16, 2022**.[2]

If Mr. Walsh fails to meet this deadline, he will be held in contempt of court and shall face civil contempt sanctions of $1,000 per day to coerce his compliance.

2.     Mr. Walsh is further **PERMANENTLY ENJOINED** from bringing any future claims asserting any claim to the proceeds of the life insurance policy that were at issue in this interpleader action or otherwise arising from the same transactional nucleus of facts giving rise to his claim to the policy proceeds.

3.     Mr. Walsh is further **PERMANENTLY ENJOINED** from bringing any future claims related to the interpretation or enforcement of his settlement agreement with Life Advance in any Court other than the Southern District of California or before any other judge other than the undersigned Magistrate Judge.[3]

---

[1] Mr. Walsh's settlement agreement with Life Advance can be found in the record at ECF No. 375-3 at 3-14.

[2] Because this is an amended judgment, the September 16, 2022 deadline associated with the injunctive relief granted in the Court's original judgment has now passed. However, the Court has preserved the text of the original judgment to reflect the Court's original contemporaneous intent. *See Garamendi v. Henin*, 683 F.3d 1069, 1079 (9th Cir. 2012).

[3] If the undersigned is no longer a Magistrate Judge in this Court at the time any future dispute regarding the settlement agreement arises, the party seeking enforcement or interpretation of the settlement agreement may petition this Court for another judge in the Southern District of California to consider the dispute, pursuant to the express reservation

4.      Mr. Walsh is further **ORDERED** to pay Life Advance a **total of $18,230.65** in accordance with the Order Granting Supplemental Fee Application of Counsel for Life Advance LLC (ECF No. 402) by __December 22, 2022__. This total consists of **fees in the amount of $17,430**, representing 19.6 hours billed by Mr. De Phillips at a rate of $450 per hour and 24.6 hours billed by Mr. Carlson at a rate $350 per hour, **and costs in the amount of $800.65.**

The Clerk of Court is **DIRECTED** to mail a copy of this Order to John J. Walsh at:

**6027 Charae Street**
**San Diego, CA 92122**

**IT IS SO ORDERED.**

Dated: December 8, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge

of the Court's jurisdiction in the amended dismissal order (ECF No. 237).

3:18-cv-02280-DMS-AHG